*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
<u>RICHMOND DIVISION</u>

**<u>Thursday, December 12, 2024</u>**

**MINUTES OF PROCEEDINGS IN** <u>  Open Court  </u>
**PRESENT**: THE HONORABLE <u>  Roderick C. Young, United States District Judge  </u>
Courtroom Deputy:<u> J. Jones  </u>
Reporter:<u>  Tracy Stroh, OCR  </u>

| Set: 9:00 a.m.<br><br>Time in Court:<br>7 hours & 37 minutes | Started: 9:06 a.m. | Ended: 5:48 p.m. |
|---|---|---|

| Case No.    3:23cr68 |
|---|
| |
| UNITED STATES OF AMERICA<br><br>            v.<br><br>      COVINGTON, *et al.* |
| |
| **<u>Appearances:</u>**<br>**AUSA(s):** Tom Garnett, Kathryn Gilbert and Katherine McCallister appeared on behalf of the government.<br>**Defendant:** Melissa O'Boyle and Fernando Groene, CJAs, appeared on behalf of defendant Shronda Covington. Jeffrey Everhart and Robert Wagner, CJAs, appeared on behalf of defendant Tonya Farley. David Whaley and Bill Dinkin, CJAs, appeared on behalf of defendant Yolanda Blackwell. Defendants present on bond.<br><br>Petit jurors (12 & 1 alternate) appeared pursuant to adjournment last evening. |
| |
| Jury Trial – Day 4. Out of presence of jury, the Court addressed administrative matters with counsel. Government resumed presentation of evidence. Objections argued and rulings made. Jury excused and to return at 9:00 a.m. on Friday, 12/13/2024, to Richmond Courtroom 6000 before District Judge Roderick C. Young. Defendants continued on bond. All previously imposed conditions to remain in effect. Court adjourned. |
| Lunch: 12:35 p.m. – 1:40 p.m. |