*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
<u>RICHMOND DIVISION</u>

**Tuesday, December 17, 2024**

**MINUTES OF PROCEEDINGS IN** <u>Open Court</u>
**PRESENT**: THE HONORABLE <u>Roderick C. Young, United States District Judge</u>
Courtroom Deputy: <u>J. Jones</u>
Reporter: <u>Tracy Stroh, OCR</u>

| Set: 8:30 a.m. Time in Court: 8 hours & 30 minutes | Started: 8:36 a.m. | Ended: 6:18 p.m. |
|---|---|---|

| Case No. 3:23cr68 |
|---|
| |
| UNITED STATES OF AMERICA |
| v. |
| COVINGTON, *et al.* |
| |
| **Appearances:** <br> **AUSA(s):** Tom Garnett, Kathryn Gilbert and Katherine McCallister appeared on behalf of the government. <br> **Defendant:** Melissa O'Boyle and Fernando Groene, CJAs, appeared on behalf of defendant Shronda Covington. Jeffrey Everhart and Robert Wagner, CJAs, appeared on behalf of defendant Tonya Farley. David Whaley and Bill Dinkin, CJAs, appeared on behalf of defendant Yolanda Blackwell. Defendants present on bond. <br><br> Petit jurors (12 & 1 alternate) appeared pursuant to adjournment last evening. |
| |
| Jury Trial – Day 7. Out of presence of jury, the Court addressed administrative matters with counsel. Defendant Covington began presentation of evidence. Objections heard and rulings made. Out of presence of jury, Court advised defendant Covington of her right to testify. Defendant Covington has made independent decision to testify. Defense resumed presentation of evidence. Court took recess for juror illness. Out of presence of the jury, Court and counsel discussed how to proceed as to ill juror. Court advised it would take a brief recess to allow medical personnel to assess condition of juror and whether he would be able to stay on the jury. Following recess, Court advised counsel as to status of ill juror and its plan for how to proceed. No objection by counsel. Court took recess to speak with ill juror and balance of jury in separate jury room. Following recess, Court advised counsel that all jurors were fine with its plan. Defense resumed presentation of evidence. Defendant Covington rested. Defendant Farley began presentation of evidence. Objections argued and rulings made. Jury excused and to return at 8:30 a.m. on Wednesday, 12/18/2024, to Richmond Courtroom 6000 before District Judge Roderick C. Young. Defendants continued on bond. All previously imposed conditions to remain in effect. Court adjourned. |
| Lunch: 11:55 a.m. – 1:07 p.m. |