IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:23cr68 (RCY) |
| ) | |
| SHRONDA COVINGTON, ) | |
| TONYA FARLEY, ) | |
| and ) | |
| YOLANDA BLACKWELL, ) | |
| Defendants. ) | |

*FILED IN OPEN COURT — DEC 2 1 2024 — CLERK, U.S. DISTRICT COURT, RICHMOND, VA*

## VERDICT FORM

We the jury, unanimously find:

### COUNT ONE

1. With respect to Count One, Deprivation of Rights Under Color of Law, the Defendant, SHRONDA COVINGTON, is

    Guilty __X__     Not Guilty _____

If your answer with respect to Count One is "Not Guilty," please proceed to COUNT TWO; if your answer with respect to Count One is "Guilty," please complete 1A:

1A. With respect to Count One, we find that Defendant SHRONDA COVINGTON's offense resulted in (select one):

   __X__ Bodily Injury (only)

   _____ Death (only)

   _____ Bodily Injury & Death

1

## COUNT TWO

2. With respect to Count Two, Deprivation of Rights Under Color of Law, the Defendant, TONYA FARLEY, is

   Guilty _____     Not Guilty __X__

   If your answer with respect to Count Two is "Not Guilty," please proceed to COUNT THREE; if your answer with respect to Count Two is "Guilty," please complete 2A:

   2A. With respect to Count Two, we find that Defendant TONYA FARLEY's offense resulted in (select one):

   \_\_\_\_ Bodily Injury (only)

   \_\_\_\_ Death (only)

   \_\_\_\_ Bodily Injury & Death

## COUNT THREE

3. With respect to Count Three, Deprivation of Rights Under Color of Law, the Defendant, YOLANDA BLACKWELL, is

   Guilty _____     Not Guilty __X__

   If your answer with respect to Count Three is "Not Guilty," please proceed to COUNT FOUR; if your answer with respect to Count Three is "Guilty," please complete 3A:

   3A. With respect to Count Three, we find that Defendant YOLANDA BLACKWELL's offense resulted in (select one):

   \_\_\_\_ Bodily Injury (only)

   \_\_\_\_ Death (only)

   \_\_\_\_ Bodily Injury & Death

## COUNT FOUR

4. With respect to Count Four, False Report, the Defendant, TONYA FARLEY, is

    Guilty _____   Not Guilty __X__

## COUNT FIVE

5. With respect to Count Five, False Statements, the Defendant, TONYA FARLEY, is

    Guilty __X__   Not Guilty _____

## COUNT SIX

6. With respect to Count Six, False Statements, the Defendant, SHRONDA COVINGTON, is

    Guilty __X__   Not Guilty _____

So Say We All, this __21__ day of December, 2024.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

3